IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Justin Millhouse, II,
    aka Alexis Millhouse,

    Plaintiff,                   :       Case No. 2:21-cv-5210

    -vs-                          Judge Sarah D. Morrison
                                  Magistrate Judge Preston Deavers

Dr. Ermias Seleshi, *et al.*,
                                 :

    Defendants.

## **ORDER**

This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on December 9, 2021. (ECF No. 8). In that filing, the Magistrate Judge recommended that the Motion for Default Judgment of Plaintiff Justin Millhouse, II, aka Alexis Millhouse[1] (ECF No. 7) be denied under 42 U.S.C. §§ 1997e(g)(1) and e(g)(2) and for failure to obtain service and to comport with Fed. R. Civ. P. 55. Plaintiff's December 14, 2021 Response (ECF No. 9) is not an objection but rather a request for instruction on how to obtain service on the Defendants. The Court cannot provide legal advice; however, the Clerk is **ORDERED** to mail Plaintiff a copy of the Court's *Pro Se* Manual.

---

[1] Plaintiff filed for a gender marker change in December 2021 and asks that the Court use a female pronoun when referring to her. (ECF No. 9.) The Court will honor that request.

1

For the reasons set forth in the R&R, and without objection, the Court hereby **ADOPTS** the R&R (ECF No. 8) and **DENIES** the Motion for Default Judgment. (ECF No. 7.)

**IT IS SO ORDERED.**

    /s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**